# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 18-7812-FMO (AS) | Date | April 5, 2019 |
|---|---|---|---|
| Title | Jose Ivan Salcedo v. James Dailey, et al. | | |

Present: The Honorable Alka Sagar, United States Magistrate Judge

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On November 14, 2018, the Court issued an order dismissing Plaintiff's Complaint with leave to amend. (Docket Entry No. 7). Plaintiff was directed to "file a First Amended Complaint no later than 30 days from the date of th[e] Order." (Id. at 10). Plaintiff was "explicitly cautioned that failure to timely file a First Amended Complaint, or failure to correct the deficiencies described [in the Order], may result in a recommendation that this action, or portions thereof, be dismissed with prejudice for failure to prosecute and/or failure to comply with court orders." (Id. at 11).

To date, Plaintiff has failed to file a First Amended Complaint, nor has he requested an extension of time to do so. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **April 30, 2019**, why this action should not be dismissed with prejudice for failure to prosecute. This Order will be discharged upon the filing of a First Amended Complaint that cures the deficiencies in the last pleading or upon the filing of a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint. A copy of the Court's November 14, 2018 Order is attached for Plaintiff's convenience.

//
//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-7812-FMO (AS) | Date | April 5, 2019 |
|---|---|---|---|
| Title | Jose Ivan Salcedo v. James Dailey, et al. | | |

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). <u>A notice of dismissal form is attached for Plaintiff's convenience.</u> Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: Fernando M. Olguin
    United States District Judge

.

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |