**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| JOSE IVAN SALCEDO, | ) | NO. CV 18-7812-FMO (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| KENNETH MILLER, M.D., | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 19, 2020

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　UNITED STATES DISTRICT JUDGE